IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHAD M. BUBRICK,<br><br>　　　　　　　　　　Plaintiff<br>　　VS.<br><br>DAVID FRAZIER, *et al.*,<br><br>　　　　　　　　　　Defendants | NO.  5:09-CV-13 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

　　Before the court is plaintiff Chad M. Bubrick's MOTION TO COMPEL.  Tab #53.  Therein, plaintiff Bubrick seeks an order compelling the defendants to provide additional responses to several of his requests for production.  Included in the motion is a list of the particular documents that the plaintiff asked the defendants to produce.  In addition, plaintiff Bubrick has attached a letter that he sent to the defendants wherein he requested production of the documents over threat of filing a motion to compel.  Plaintiff Bubrick also attached a copy of a letter he received from the defendants in response to his request letter.

　　Having reviewed and considered the plaintiff's motion and attached letters,  it appears to the undersigned that the defendants have complied with the plaintiff's requests for production to the extent required by law.  Accordingly, plaintiff Bubrick's MOTION TO COMPEL is **DENIED.**

　　**SO ORDERED**, this 17th day of NOVEMBER, 2009.



　　　　　　　　　　　　　　　　　　　　s/*Claude w. Hicks, Jr.*
　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE